In the Matter of the Application of Gwendolyn C. Boice, for a Writ of Habeas Corpus to Determine the Custody of Norma A. Boice and others, Infants. Gerald Boice, Appellant; Gwendolyn C. Boice, Respondent.—

Present —

Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.